# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>AMANDA GONZALEZ-VALERIO,<br><br>    Defendant. | Case No.: 2:17-cr-273<br><br>ORDER FOR ISSUANCE OF<br>WRIT OF HABEUS CORPUS<br>AD PROSEDUENDUM FOR<br>AMANDA GONZALEZ-VALERIO<br>(ID#) 1098143 |

Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefore,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of the said **AMANDA GONZALEZ-VALERIO** before the United States District Court at Las Vegas, Nevada, on or about Wednesday, August 30, 2017, Courtroom 3D, VCF, at the hour of 3:00 p.m. for arraignment and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

DATED: August 22, 2017

_____
UNITED STATES MAGISTRATE JUDGE

STEVEN MYHRE
Acting United States Attorney
District of Nevada
JARED L. GRIMMER
Assistant United States Attorney
501 Las Vegas Boulevard South
Suite 1100
Las Vegas, Nevada 89101
702-388-6336

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:17-cr- 273 |
| Plaintiff, | PETITION FOR WRIT OF HABEUS CORPUS AD PROSEDUENDUM FOR AMANDA GONZALEZ-VALERIO (ID#) 1098143 |
| vs. | |
| AMANDA GONZALEZ-VALERIO, | |
| Defendant. | |

The petition of the United States Attorney for the District of Nevada respectfully shows that **AMANDA GONZALEZ-VALERIO**, is committed by due process of law in the custody of the Warden, Florence McClure Women's Correctional Facility, Las Vegas, Nevada, that it is necessary that the said **AMANDA GONZALEZ-VALERIO** be temporarily released under a Writ of Habeas Corpus Ad Prosequendum so that the said **AMANDA GONZALEZ-VALERIO** may be present before the United States District Court for the District of Nevada, Las Vegas, Nevada, on Wednesday, August 30, 2017 Courtroom 3D, VCF _____, at the hour of 3:00 p.m., for arraignment and from time to time and day to day thereafter until excused by the said Court.

1        That the presence of the said **AMANDA GONZALEZ-VALERIO** before the United
2   States District Court on or about ___Wednesday, August 30, 2017 / Courtroom 3D, VCF___, at the hour of 3:00 p.m.,
3   for arraignment and from time to time and day to day thereafter until excused by the Court has
4   been ordered by the United States Magistrate or District Judge for the District of Nevada.

5        WHEREFORE, petitioner respectfully prays that a Writ of Habeas Corpus Ad
6   Prosequendum issue out of this Court, directed to the Warden, Florence McClure Women's
7   Correctional Facility, Las Vegas, Nevada, and to the United States Marshal for the District of
8   Nevada, commanding them to produce the said **AMANDA GONZALEZ-VALERIO** before the
9   United States District Court on or about ___Wednesday, August 30, 2017 / Courtroom 3D, VCF___, at the hour of 3:00
10  p.m., for arraignment and from time to time and day to day thereafter, at such times and places as
11  may be ordered and directed by the Court entitled above, to appear before the Court, and when
12  excused by the said Court, to be returned to the custody of the Florence McClure Women's
13  Correctional Facility, Las Vegas, Nevada.
14        DATED this 22nd day of August, 2017

Respectfully submitted,

STEVEN MYHRE
Acting United States Attorney

_____
JARED L. GRIMMER
Assistant United States Attorney

2