```
                                                    FILED
                                                    ENTERED          RECEIVED
                                                                     SERVED ON
                                                     COUNSEL/PARTIES OF RECORD

                                                      DEC 12 2017

                                                    CLERK US DISTRICT COURT
                                                      DISTRICT OF NEVADA
                                              BY:                          DEPUTY
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | ) 2:17-CR-273-KJD-(VCF) |
|---|---|
| Plaintiff, | ) |
| v. | ) Preliminary Order of Forfeiture |
| AMANDA GONZALEZ-VALERIO, | ) |
| Defendant. | ) |

This Court finds that defendant Amanda Gonzalez-Valerio pled guilty to Counts One and Two of a Two-Count Criminal Indictment charging her in Count One with Theft of Mail in violation of Title 18, United States Code, Section 1708. Criminal Indictment, ECF No. 1; Change of Plea, ECF No. 22; Plea Agreement, ECF No. 23.

This Court finds defendant Amanda Gonzalez-Valerio agreed to the forfeiture of the property set forth in the Plea Agreement and the Forfeiture Allegation of the Criminal Indictment. Criminal Indictment, ECF No. 1; Change of Plea, ECF No. 22; Plea Agreement, ECF No. 23.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Plea Agreement and the Forfeiture Allegation of the Criminal Indictment and the offense to which defendant Amanda Gonzalez-Valerio pled guilty.

The following property is any property, real or personal, which constitutes or is derived from proceeds traceable to violations of Title 18, United States Code, Section 1708, a specified

unlawful activity as defined in Title 18, United States Code, Section 1956(c)(7)(D), or a conspiracy to commit such offense, and is subject to forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c):

1. 23 credit or debit cards in names of individuals other than Gonzalez-Valerio;
2. 4 Identification documents (2 Nevada Driver's License, 1 State of Nevada Private Investigators Licensing Board ID, 1 University of New Mexico Student ID) all in names other than Gonzalez-Valerio;
3. 3 Western Union money orders with the payee name of Courtenay Moore;
4. 9 personal checks addressed to individuals other than Gonzalez-Valerio totaling a loss amount of $45,065.48;
5. 115 pieces of mail addressed to individuals other than Gonzalez-Valerio; and
6. 2 boxes of unopened checks addressed to Weyman McKinley

(all of which constitutes property).

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of Amanda Gonzalez-Valerio in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served

with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any individual or entity who claims an interest in the aforementioned property must file a petition for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, which petition shall be signed by the petitioner under penalty of perjury pursuant to Title 21, United States Code, Section 853(n)(3) and Title 28, United States Code, Section 1746, and shall set forth the nature and extent of the petitioner's right, title, or interest in the forfeited property and any additional facts supporting the petitioner's petition and the relief sought.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101, no later than thirty (30) days after the notice is sent or, if direct notice was not sent, no later than sixty (60) days after the first day of the publication on the official internet government forfeiture site, www.forfeiture.gov.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

>Michael A. Humphreys
>Assistant United States Attorney
>Daniel D. Hollingsworth
>Assistant United States Attorney
>501 Las Vegas Boulevard South, Suite 1100
>Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

///

1 |     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies
2 | of this Order to all counsel of record.
3 |     DATED this 12th day of Dec, 2017.

_____
UNITED STATES DISTRICT JUDGE