

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:17-CR-273-KJD-(VCF) |
| Plaintiff, | |
| v. | Final Order of Forfeiture |
| AMANDA GONZALEZ-VALERIO, | |
| Defendant. | |

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2) and Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c) based upon the plea of guilty by defendant Amanda Gonzalez-Valerio to the criminal offense, forfeiting the property set forth in the Plea Agreement and the Forfeiture Allegation of the Criminal Indictment and shown by the United States to have the requisite nexus to the offense to which defendant Amanda Gonzalez-Valerio pled guilty. Criminal Indictment, ECF No. 1; Change of Plea, ECF No. 22; Plea Agreement, ECF No. 24; Preliminary Order of Forfeiture, ECF No. 25.

This Court finds the United States of America published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from December 22, 2017, through January 20, 2018, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 26.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the property named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all possessory rights, ownership rights, and all rights, titles, and interests in the property hereinafter described are condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

1. 23 credit or debit cards in names of individuals other than Gonzalez-Valerio;
2. 4 Identification documents (2 Nevada Driver's License, 1 State of Nevada Private Investigators Licensing Board ID, 1 University of New Mexico Student ID) all in names other than Gonzalez-Valerio;
3. 3 Western Union money orders with the payee name of Courtenay Moore;
4. 9 personal checks addressed to individuals other than Gonzalez-Valerio totaling a loss amount of $45,065.48;
5. 115 pieces of mail addressed to individuals other than Gonzalez-Valerio; and
6. 2 boxes of unopened checks addressed to Weyman McKinley

(all of which constitutes property).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

///
///
///

1    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies
2 of this Order to all counsel of record.
3    DATED this 22nd day of May, 2018.

_____
UNITED STATES DISTRICT JUDGE