<pre>
1
2              UNITED STATES DISTRICT COURT
3                   DISTRICT OF NEVADA
</pre>

| UNITED STATES OF AMERICA, | Case No. 2:17-CR-273-KJD-VCF |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| AMANDA GONZALEZ-VALERIO, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Tuesday, April 28, 2020 at 10:00 a.m., be vacated and continued to  July 28, 2020  at the hour of  9 : 00  a.m.; or to a time and date convenient to the court.

DATED this 17th day of April, 2020.

_____
UNITED STATES DISTRICT JUDGE
KENT J. DAWSON

3