1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 2:17-CR-273-KJD-VCF |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| AMANDA GONZALEZ-VALERIO, | |
| Defendant. | |

    IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Tuesday, September 29, 2020 at 9:00 a.m., be vacated and continued to __12/1/2020__ at the hour of _9_ : _00_ _a_.m.; or to a time and date convenient to the court.

    DATED this 15th day of September, 2020.

_____
UNITED STATES DISTRICT JUDGE
KENT J. DAWSON

3