UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>AMANDA GONZALEZ-VALERIO,<br><br>    Defendant. | Case No. 2:17-CR-00273-KJD-VCF<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Tuesday, February 9, 2021 at 9:00 a.m., be vacated and continued to May 18, 2021 at the hour of 9:00 a.m.

DATED this 3rd day of February, 2021.

_____
UNITED STATES DISTRICT JUDGE